UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: <u>26-MJ-00018-SMM</u>

FILED BY ___MB___ D.C.

MAR 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

v.

ROQUE LUCAS-LOPEZ,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney
Florida Bar No.: 52716
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  26-MJ-00018-SMM |
| | ) |
| ROQUE LUCAS-LOPEZ, | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

FILED BY ____ MMB ____ D.C.

MAR 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ February 15, 2026 _____ in the county of _____ Indian River _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Angelo Zaravelis, Deportation Officer, ICE
_____
_Printed name and title_

Date: 3/18/2026

_____
_Judge's signature_

City and state: _____ Fort Pierce, Florida _____

Shaniek Mills Maynard, U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Roque LUCAS-LOPEZ ("LUCAS-LOPEZ") committed the offense of being a previously removed alien found in the United States, in violation of 8 U.S.C. § 1326(a).

3. On February 15, 2026, the Indian River County Sheriff's Office arrested LUCAS-LOPEZ in Indian River County, Florida for shoplifting, resisting an officer without violence, and operating a motor vehicle without a driver license. As part of the booking process at the Indian River County Jail, LUCAS-LOPEZ was fingerprinted. Also on February 15, 2026, the Indian River County Sheriff's Office notified ICE of the arrest, alerting ICE officials to LUCAS-LOPEZ's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to Roque LUCAS-LOPEZ, which show that he is a native and citizen of Guatemala. Records show that on July 14, 2017, LUCAS-LOPEZ was ordered removed from the United States. On or about July 26, 2017, LUCAS-LOPEZ was removed from the United States to Guatemala.

5. Thereafter, LUCAS-LOPEZ illegally reentered the United States. Records show that on or about June 11, 2024, LUCAS-LOPEZ was removed from the United States to Guatemala.

6. Law enforcement scanned the February 15, 2026, fingerprints of LUCAS-LOPEZ into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that LUCAS-LOPEZ is the individual that was previously removed from the United States.

7. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Roque LUCAS-LOPEZ ever filed an application for permission to reapply for admission into the United States after deportation or removal. Agents found no records indicating that LUCAS-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States.

8. Based on the foregoing, I believe that there exists probable cause to believe that, on or about February 15, 2026, Roque LUCAS-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this 18th day of March 2026.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

2